IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARJODEN, INC. d/b/a TUSCA PLAZA FOODLAND, ANTHONY PASSERI d/b/a PUBLIC DRUG STORE, VALLEY REAL ESTATE COMPANY, TUSCA PIZZERIA, INC., JOHN C. BUDAVICH d/b/a RED CAP CLEANING and LISA SMITH, t/a SHARP EDGES BEAUTY SALON, | CIVIL ACTION<br><br>NO. 00-1414 |
| Plaintiffs, | |
| v. | |
| FASCO INDUSTRIES, INC. and FASCO CONSUMER PRODUCTS, INC., | |
| Defendants. | |

## PRAECIPE TO SETTLE AND DISCONTINUE

TO:   CLERK OF COURTS

Kindly settle and discontinue the above-captioned case.

DIBELLA, GEER, McALLISTER & BEST, P.C.

By: /s/ Kathleen S. McAllister
KATHLEEN S. McALLISTER, ESQ.
312 Boulevard of the Allies
Third Floor
Pittsburgh, PA 15222
(412) 261-2900

Attorney for Plaintiffs