IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARJODEN, INC. d/b/a TUSCA PLAZA FOODLAND, ANTHONY PASSERI d/b/a PUBLIC DRUG STORE, VALLEY REAL ESTATE COMPANY, TUSCA PIZZERIA, INC., JOHN C. BUDAVICH d/b/a RED CAP CLEANING and LISA SMITH, t/a SHARP EDGES BEAUTY SALON,<br><br>    Plaintiffs,<br><br>v.<br><br>FASCO INDUSTRIES, INC. and FASCO CONSUMER PRODUCTS, INC.,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 00-1414 |

**PRAECIPE TO SETTLE AND DISCONTINUE**

TO:    CLERK OF COURTS

Kindly settle and discontinue the above-captioned case.

DIBELLA, GEER, McALLISTER & BEST, P.C.

By: _/s/ Kathleen S. McAllister_
KATHLEEN S. McALLISTER, ESQ.
312 Boulevard of the Allies
Third Floor
Pittsburgh, PA 15222
(412) 261-2900

Attorney for Plaintiffs

SO ORDERED, this 14th day of July, 2005.

_/s/ Gary L. Lancaster_
Gary L. Lancaster, U.S. District Judge