SCANNED
7-18-05

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARJODEN, INC. d/b/a TUSCA PLAZA FOODLAND, ANTHONY PASSERI d/b/a PUBLIC DRUG STORE, VALLEY REAL ESTATE COMPANY, TUSCA PIZZERIA, INC., JOHN C. BUDAVICH d/b/a RED CAP CLEANING and LISA SMITH, t/a SHARP EDGES BEAUTY SALON,<br>          Plaintiffs,<br>     v.<br>FASCO INDUSTRIES, INC. and FASCO CONSUMER PRODUCTS, INC.,<br>          Defendants. | CIVIL ACTION<br><br>No. 00-1414 |

### STIPULATION FOR DISMISSAL OR SETTLEMENT OF CASES

We the attorneys for the respective parties, do hereby stipulate that the above matter has settled and that the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

BY: _____
KATHLEEN S. McALLISTER, ESQUIRE
*Attorney for Plaintiffs*

BY: s/ Elaine M. Rinaldi _____ By KS
ELAINE M. RINALDI, ESQUIRE
*Attorney for Plaintiffs*

BY: s/ Brennan Hart _____ By KS
BRENNAN HART, ESQUIRE
*Attorney for Defendant*

### ORDER

AND NOW, this 27th day of July, 2005, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE